UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAM SHANNON WEATHERS,<br>MELISSA SUE WEATHERS,<br>UNITED BANK,<br>CAPITAL ONE BANK (USA), N.A.,<br>CADLEROCK JOINT VENTURE, LP,<br>BENTON COUNTY COLLECTOR'S OFFICE,<br>and<br>STATE OF ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION<br><br>  Defendants. | Case No. 5:21-cv-5012 (TLB) |

**COMPLAINT**

Plaintiff United States alleges the following for its Complaint against Defendants:

1.   This is a civil action brought by the United States to: (a) reduce to judgment federal income tax, interest, and penalty assessments made against Sam Shannon Weathers and Melissa Sue Weathers for the 2009, 2010, 2011, 2012, 2013, and 2014 tax years (Count I, *infra*); (b) reduce to judgment federal income tax, interest, and penalty assessments made against Sam Shannon Weathers for the 2015 tax year (Count II, *infra*); (c) reduce to judgment 26 U.S.C. § 6672 trust fund recovery penalty assessments made against Sam Shannon Weathers as a responsible officer for Hazardous Materials, Emergency Response & Training, Inc., for the quarterly tax periods ending March 31, 2007 through March 31, 2009 (Count III, *infra*); and (d)

1

enforce federal tax liens encumbering real property located at 5401 South 44th Street, Rogers, Arkansas, 72758 (Count IV, *infra*).

2.      This action has been requested and authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, and is brought at the direction of a delegate of the Attorney General of the United States, pursuant to 26 U.S.C. §§ 7401 and 7403(a).

### Jurisdiction and Venue

3.      This Court has jurisdiction over this civil action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1331, 1340, and 1345.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1396.

### Parties

5.      Plaintiff is the United States.

6.      Defendant Sam Shannon Weathers is a resident of Benton County, Arkansas, and resides at 5401 South 44th Street, Rogers, Arkansas, 72758.  He is named as a party to Counts I-IV of this Complaint.

7.      Defendant Melissa Sue Weathers is a resident of Benton County, Arkansas, and resides at 5401 South 44th Street, Rogers, Arkansas, 72758.  She is married to Sam Shannon Weathers. She is named as a party to Counts I and IV of this Complaint.

8.      Defendant United Bank is named as a party to Count IV of the Complaint pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property described below.  Its main office is located at 2600 South Thompson Street, Springdale, Arkansas, 72764.

9.      Defendant Capital One Bank (USA), N.A., is named as a party to Count IV of the Complaint pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property

described below.  Its main office is located at 15000 Capital One Drive, Richmond, Virginia, 23238.

10. Defendant Cadlerock Joint Venture, LP, is named as a party to Count IV of the Complaint pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property described below.  Its main office is located at 100 N. Center Street, Newton Falls, Ohio, 44444.

11. Defendant Benton County Collector's Office is named as a party to Count IV of the Complaint pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property described below.  Its main office is located at 215 E. Central Avenue, Bentonville, Arkansas, 72712.

12. Defendant State of Arkansas Department of Finance and Administration is named as a party to Count IV of the Complaint pursuant to 26 U.S.C. § 7403(b), because it may claim an interest in the real property described below.  Its main office is located at 1509 W. 7th Street, Little Rock, Arkansas, 72201.

**Count I: Reduce to Judgment Federal Income Tax Assessments against Sam Shannon Weathers and Melissa Sue Weathers for Tax Years 2009, 2010, 2011, 2012, 2013, and 2014**

13. The United States incorporates by reference the allegations in paragraphs 1 through 7 above, as if set forth herein.

14. On the dates and for the tax years set forth below, a delegate of the Secretary of the Treasury made income tax, interest, and penalty assessments against Sam Shannon Weathers and Melissa Sue Weathers.  The total unpaid balance of these assessments, through January 8, 2021, which includes assessed interest, plus statutory additions, and any credits and payments, is also shown below:

| Tax Year | Date(s) of Assessment | Tax Assessed | Penalty Assessed under 26 U.S.C. § 6651(a) | Unpaid Balance as of January 8, 2021, including interest and additional adjustments |
|---|---|---|---|---|
| 2009 | 09/11/2017<br>02/26/2018<br>10/1/2018<br>11/23/2020 | $3,437.00<br>$56,571.00 | $14,839.25<br>$4,068.80<br>$11,567.81 | $131,508.63 |
| 2010 | 02/26/2018<br>10/01/2018<br>11/23/2020 | $11,401.00 | $1,413.50<br>$831.53<br>$2,138.22 | $28,046.84 |
| 2011 | 10/23/2017<br>02/26/2018<br>10/01/2018<br>11/23/2020 | $3,233.00<br>$63,137.00 | $277.75<br>$16,449.75<br>$4,265.00<br>$12,138.85 | $131,749.10 |
| 2012 | 02/26/2018<br>10/01/2018<br>11/23/2020 | $49,892.00 | $12,967.75<br>$3,392.28<br>$9,654.96 | $101,333.88 |
| 2013 | 12/28/2015<br>10/03/2016<br>10/02/2017<br>02/26/2018<br>10/01/2018<br>11/23/2020 | $5,417.00<br><br><br>$50,112.00 | $1,145.10<br>$294.95<br>$208.20<br>$13,014.75<br>$3,644.13<br>$9,370.62 | $105,241.17 |
| 2014 | 02/26/2018<br>10/01/2018<br>11/23/2020 | $65,167.00 | $4,236.32<br>$12,057.23 | $99,839.82 |
| | | | **Total** | **$597,719.44** |

The foregoing assessments were made in accordance with law.

15.     The Internal Revenue Service gave Sam Shannon Weathers and Melissa Sue Weathers notices of the assessments (referred to in paragraph 14 above) and made demands for payment on or about the date of each assessment.

16.     Despite the notices and demands for payment, Sam Shannon Weathers and Melissa Sue Weathers failed to pay their outstanding federal income tax liabilities in full.

17.     By reason of the foregoing, Sam Shannon Weathers and Melissa Sue Weathers are jointly and severally indebted to the United States in the total amount of $597,719.44, as of January 8, 2021, for their unpaid federal income tax liabilities for tax years 2009, 2010, 2011, 2012, 2013, and 2014.  Statutory additions, including interest, have accrued and will continue to accrue on the amounts owed to the United States as allowed by law until the balance is paid in full.

WHEREFORE, the United States respectfully requests that the Court enter judgment on Count I of this Complaint in favor of the United States and against Sam Shannon Weathers and Melissa Sue Weathers, jointly and severally, in the amount of $597,719.44, plus statutory additions that have accrued and will continue to accrue since January 8, 2021, together with such other relief as the Court deems just and proper, including awarding the United States its costs and expenses incurred in this suit.

### Count II: Reduce to Judgment Federal Income Tax Assessments against Sam Shannon Weathers for Tax Year 2015

18.     The United States incorporates by reference the allegations in paragraphs 1 through 6, above, as if set forth herein.

19.     On the dates and for the tax year set forth below, a delegate of the Secretary of the Treasury made income tax, interest, and penalty assessments against Sam Shannon Weathers. The total unpaid balance of these assessments, through January 8, 2021, which includes assessed interest, plus statutory additions, and any credits and payments, is also shown below:

| Tax Year | Date(s) of Assessment | Tax Assessed | Penalty Assessed under 26 U.S.C. § 6651(a) | Unpaid Balance as of January 8, 2021, including interest and additional adjustments |
|---|---|---|---|---|
| 2015 | 12/04/2017<br>10/01/2018<br>11/23/2020 | $52,646.00 | $17,109.95<br>$5,001.37<br>$2,895.53 | $93,961.66 |
|  |  |  | **Total** | **$93,961.66** |

The foregoing assessments were made in accordance with law.

20.     The Internal Revenue Service gave Sam Shannon Weathers notices of the assessments referred to in paragraph 19 above and made demands for payment on or about the date of each assessment.

21.     Despite the notices and demands for payment, Sam Shannon Weathers failed to pay his outstanding federal income tax liabilities in full.

22.     By reason of the foregoing, Sam Shannon Weathers is indebted to the United States in the total amount of $93,961.66, as of January 8, 2021, for his unpaid federal income tax liabilities for the tax period described in paragraph 19 above.  Statutory additions, including interest, have accrued and will continue to accrue on the amounts owed to the United States as allowed by law until the balance is paid in full.

WHEREFORE, the United States respectfully requests that the Court enter judgment on Count II of its Complaint in favor of the United States and against Sam Shannon Weathers in the amount of $93,961.66, plus statutory additions that have accrued and will continue to accrue since January 8, 2021, together with such other relief as the Court deems just and proper, including awarding the United States its costs and expenses incurred in this suit.

### Count III: Reduce to Judgment Trust Fund Recovery Penalty Assessments against Sam Shannon Weathers as a Responsible Officer for Hazardous Materials, Emergency Response & Training, Inc.

23.	The United States incorporates by reference the allegations in paragraphs 1 through 6, above, as if set forth herein.

24.	Hazardous Materials, Emergency Response & Training, Inc. ("Haz-M.E.R.T., Inc.") was organized and incorporated under the laws of Arkansas.  Haz-M.E.R.T., Inc. was a business that provided hazardous waste management and cleanup services.  Haz-M.E.R.T., Inc. is no longer operating.

25.	Sam Shannon Weathers served as Haz-M.E.R.T., Inc.'s organizer and president.

26.	During the tax periods identified below, Haz-M.E.R.T., Inc. had employees.

27.	During the quarterly tax periods ending March 31, 2007, June 30, 2007, September 30, 2007, December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, and March 31, 2009, Haz-M.E.R.T., Inc., as an employer, was required by law to withhold federal income tax and Federal Insurance Contributions Act ("FICA") taxes, which include Social Security and Medicare taxes, from its employees' wages and pay the withheld taxes (a/k/a "trust fund taxes") over to the Internal Revenue Service.

28.	The persons responsible for collecting, accounting for, or paying over trust fund taxes withheld from employees' wages, who willfully fail to do so, are liable for a penalty in the amount of tax withheld but not paid over.  *See* 26 U.S.C. § 6672.

29.	Haz-M.E.R.T., Inc., was required to but failed to pay over to the United States the trust fund taxes withheld from the wages of its employees for the quarterly tax periods ending March 31, 2007 through March 31, 2009.

30.	Sam Shannon Weathers was a person responsible for collecting, accounting for, or paying over to the United States the trust fund taxes withheld from the wages of Haz-M.E.R.T., Inc.'s

employees during the tax periods referred to in paragraph 29, above, because he exercised significant control over the operations of Haz-M.E.R.T., Inc.  He was an authorized signatory for Haz-M.E.R.T., Inc.'s checking accounts and routinely signed checks on those checking accounts.

31.  During the tax periods referred to in paragraph 29, above, Sam Shannon Weathers acted willfully in failing to collect, truthfully account for, or pay over to the United States all of the trust fund taxes withheld from the wages of Haz-M.E.R.T., Inc.'s employees for the tax periods at issue because:

    a.    He knew of the unpaid trust fund taxes; and

    b.    he paid or caused to be paid other creditors of Haz-M.E.R.T., Inc., as well as his personal creditors, ahead of the United States.

32.  On the dates, for the tax periods, and in the amounts set forth below, a delegate of the Secretary of the Treasury made civil penalty ("trust fund recovery penalty") assessments against Sam Shannon Weathers pursuant to 26 U.S.C. § 6672.  The unpaid balance of these trust fund recovery penalty liabilities, through January 8, 2021, which includes interest, statutory additions, and any credits or payments, is shown below:

| Tax Period Ending | Date of Assessment | Amount of § 6672 Penalty Assessed | Unpaid Balance as of January 8, 2021 |
|---|---|---|---|
| 03/31/2007 | 08/04/2008 | $29,750.08 | $3,997.57 |
| 06/30/2007 | 05/11/2009 | $29,672.43 | $29,380.96 |
| 09/30/2007 | 07/28/2008 | $32,523.48 | $40,521.65 |
| 12/31/2007 | 08/04/2008 | $30,163.97 | $48,794.61 |
| 03/31/2008 | 11/23/2009 | $8,343.84 | $12,696.00 |
| 06/30/2008 | 05/04/2009 | $14,091.88 | $21,924.60 |
| 09/30/2008 | 11/23/2009 | $26,569.27 | $40,427.84 |
| 12/31/2008 | 11/23/2009 | $23,698.21 | $36,059.24 |
| 03/31/2009 | 11/23/2009 | $18,841.96 | $28,669.97 |
| | | Total | **$262,472.44** |

The foregoing assessments were made in accordance with law.

33.     The Internal Revenue Service gave Sam Shannon Weathers notices of the assessments referred to in paragraph 32, above, and made demands for payment on or about the date of each assessment.

34.     Despite the notices and demands for payment, Sam Shannon Weathers failed to pay his outstanding 26 U.S.C. § 6672 civil penalty liabilities in full.

35.     By reason of the foregoing, Sam Shannon Weathers is indebted to the United States in the total amount of $262,472.44, as of January 8, 2021, for unpaid 26 U.S.C. § 6672 civil penalty liabilities for the tax periods set forth in paragraph 32, above.  Statutory additions, including interest, have accrued and will continue to accrue on the amounts owed to the United States as allowed by law until the balance is paid in full.

WHEREFORE, the United States respectfully requests that the Court enter judgment on Count III of this Complaint in favor of the United States and against Sam Shannon Weathers in the amount of $262,472.44, plus statutory additions that have accrued and will continue to accrue since January 8, 2021, together with such other and further relief as the Court deems just and proper, including awarding the United States its costs and expenses incurred in this suit.

### Count IV: Enforcement of Federal Tax Liens

36. The United States incorporates by reference all allegations in paragraphs 1-35, above, as if set forth herein.

37. On or about February 8, 2002, Sam Shannon Weathers and Melissa Sue Weathers acquired the real property located at 5401 South 44th Street, Rogers, Arkansas, 72758 (the "South 44th Street Property"). This real property has a legal description as follows:

> Lot 58, Bent Tree of Rogers, Phase 1, a subdivision of Benton County, Arkansas, as shown on the Revised Final Plat recorded in plat book P4 at page 562, in the plat records of Benton County, Arkansas.

38. By virtue of the assessments and the notices and demands for payment referred to in Counts I-III of this Complaint, and Sam Shannon Weathers and Melissa Sue Weathers' failure to pay, federal tax liens arose in favor of the United States on the date of each assessment and attached to all of Sam Shannon Weathers and Melissa Sue Weathers' property and rights to property, including the South 44th Street Property. *See* 26 U.S.C. §§ 6321, 6322.

39. The Internal Revenue Service also filed Notices of Federal Tax Lien with the County Recorder in Benton County, Arkansas, regarding the federal income tax and trust fund recovery penalty liabilities referred to in Counts I-III of this Complaint.

40. Accordingly, the federal tax liens referred to in Counts I-III of this Complaint may be enforced against the South 44th Street Property, and the property sold, with the sale proceeds distributed in a manner that the Court may determine. *See* 26 U.S.C. § 7403(c).

WHEREFORE, the United States respectfully requests that the Court enter judgment on Count IV of this Complaint in its favor and against all Defendants as follows:

A. Enter judgment in favor of the United States, declaring that the United States' federal tax liens are valid and subsisting liens and attached to all property and rights to property of Sam Shannon Weathers and Melissa Sue Weathers, including the South 44th Street Property;

B. Order that the United States' federal tax liens described in Counts I-III of this Complaint be enforced against all property and rights to property of Sam Shannon Weathers and Melissa Sue Weathers, including the South 44th Street Property;

C. Order that if any of the Defendants identified in paragraphs 7, 8, 9, 10 and 11 above claim an interest in the South 44th Street Property senior to the United States' tax liens, then each such Defendant must affirmatively demonstrate the priority of that interest;

D. Determine the rights and priorities of the parties' interests in the South 44th Street Property;

E. Order that the South 44th Street Property be sold by public judicial sale, and that any person occupying the property be ordered to leave and vacate the property;

F. Order that the proceeds from any sale of the South 44th Street Property be distributed in accordance with the Court's determination as to any claims to or priorities in the property; and

G. Grant the United States its costs incurred in this action together with such other and further relief as the Court deems just and proper.

Dated: January 19, 2021

                                              RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DAVID CLAY FOWLKES
First Assistant United States Attorney

*/s/ William Chang*
WILLIAM CHANG
D.C. Bar No. 1030057
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-307-1927 (v)
202-514-6770 (f)
William.chang3@usdoj.gov