IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFFS

V.                          CASE NO. 5:21-CV-5012

SAM SHANNON WEATHERS;
MELISSA SUE WEATHERS;
CADLEROCK JOINT VENTURE, LP;
BENTON COUNTY COLLECTOR'S OFFICE;
STATE OF ARKANSAS DEPARTMENT OF
FINANCE AND ADMINISTRATION;
ESTATE OF L. ELAINE FOWLER, Deceased;
FRANK C. FOWLER, Individually
and as Executor of the Estate of L. Elaine Fowler;
and STEPHEN R. FOWLER, Individually
and as Executor of the Estate of L. Elaine Fowler                                         DEFENDANTS

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that Defendants Sam Shannon Weathers and Melissa Sue Weathers are jointly and severally liable to the United States on Counts I and II of the Amended Complaint in the total amount of **$391,624.04**, plus interest that has accrued since August 19, 2022, and will continue to accrue on the amount owed until the balance is paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Sam Shannon Weathers is liable to the United States on Count III of the Amended Complaint in the total amount of **$283,375.96**, plus interest that has accrued since August 19, 2022, and will continue to accrue on the amount owed until the balance is paid in full.

**IT IS SO ORDERED AND ADJUDGED** on this 15th day of September, 2022.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE